UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**TRUSTEE'S SUPPLEMENTAL REPORT**

**FOLLOWING CONFIRMATION HEARING HELD ON OCTOBER 4, 2018**

CASE NO.:  18-53841-PMB

DEBTOR:    UHURA R. GARCIA

**TRUSTEE TO REPORT BACK IN 10 DAYS**

WHETHER DEBTOR HAS FILED AN AMENDED PLAN.

**THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND**

DEBTOR HAS FAILED TO FILE AN AMENDED PLAN.

PLEASE ENTER AN ORDER OF DISMISSAL.

October 22, 2018

                                                      _____/s/_____
                                                      Jason L. Rogers, Attorney for the
                                                      Chapter 13 Trustee
                                                      GA Bar No.  142575

Melissa J. Davey, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia  30303
(678) 510-1444

18-53841-PMB

# CERTIFICATE OF SERVICE

This is to certify that I have this day served

DEBTOR:

Uhura Rae Garcia
2807 Carrick Court
Powder Springs, GA 30127

ATTORNEY FOR DEBTOR:

Slipakoff & Slomka, PC
Overlook III - Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339

the above in the foregoing matter with a copy of this pleading by depositing same in the United States Mail in a properly addressed envelope with adequate postage thereon.

This __22nd_____ day of October, 2018.


_____/s/_____
Jason L. Rogers, Attorney for the
Chapter 13 Trustee
GA Bar No.  142575




Melissa J. Davey, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia  30303
(678) 510-1444