**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| UHURA RAE GARCIA ) | |
| ) | CASE NO. 18-53841-PMB |
| DEBTOR ) | |
| ) | |

**NOTICE OF DEPOSIT OF UNCLAIMED FUNDS**

COMES NOW MELISSA J. DAVEY, CHAPTER 13 TRUSTEE, and files this Notice that she is remitting the amount of $461.23 to the Registry of the Clerk of the United States Bankruptcy Court on behalf of UHURA RAE GARCIA. These funds are being remitted to the Registry because the aforementioned party has not claimed the funds.

Respectfully submitted,

/s/Melissa J. Davey

Melissa J. Davey
Standing Chapter 13 Trustee
Georgia Bar No. 206310
260 Peachtree Street, NW Suite 200
Atlanta, GA 30303
(678) 510-1444  Phone
(678) 510-1450  Fax

18-53841-PMB                      **CERTIFICATE OF SERVICE**

This is to certify that I have on this day electronically filed the foregoing Notice of Deposit of Unclaimed Funds using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Howard P. Slomka     se@myatllaw.com,
myecfcalendar@gmail.com;myatllaw@gmail.com;info@myatllaw.com;notices@nextchapterbk.com;SlomkaTR74878@notify.bestcase.com

I further certify that on this day I caused a copy of these documents to be served via United States First Class Mail with adequate postage prepaid on the following parties set forth below at the address shown for each.

DEBTOR(S):
UHURA RAE GARCIA
2807 CARRICK COURT
POWDER SPRINGS, GA 30127

February 22, 2019.

                                                         Respectfully submitted,

                                                         /s/Melissa J. Davey
                                                         Melissa J. Davey
                                                         Standing Chapter 13 Trustee
                                                         Georgia Bar No. 206310
                                                         260 Peachtree Street, NW Suite 200
                                                         Atlanta, GA 30303
                                                         (678) 510-1444 Phone
                                                         (678) 510-1450 Fax